IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TEACHERS UNION, LOCAL 1, AMERICAN FEDERAL OF TEACHERS, AFL-CIO, TERRI FELLS, LILLIAN EDMONDS, and JOSEPHINE HAMILTON PERRY, individually and on behalf of all similarly situated persons, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 12 C 10338 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, a body politic and corporate, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court has reviewed the Sur Reply filed by counsel for defendant Board of Education of the City of Chicago ("the Board") (Dkt. 88) and the Response (Dkt. 91) filed earlier this week by counsel for the Chicago Teachers Union ("the Union"). Without expressing any ultimate view on the issue of class certfication to which those filings are a kind of postscript and post-postscript, this Court has determined from its review that (to mix a metaphor) it makes sense to detach the figurative caboose represented by those filings to enable the train -- the decision on the ultimate issue -- to proceed in due course without being sidetracked.

In brief, it appears that counsel for the Board have misapprehended the nature of the Union's position as it has been advanced from the very beginning. Accordingly the Board's contention as to waiver (or perhaps forfeiture) set out in the Sur Reply is rejected, and the

ultimate analysis of the certification issue will proceed without taking cognizance of the mistaken argument advanced in the Sur Reply.

                                             _____
                                             Milton I. Shadur
                                             Senior United States District Judge

Date: March 12, 2015