# Exhibit A

Case: 1:12-cv-10338 Document #: 5-1 Filed: 12/27/12 Page 1 of 8 PageID #:38

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Teachers Union, Chicago<br>c/o Robin Potter, Esq.<br>ROBIN POTTER & ASSOCIATES, P.C.<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

**RECEIVED SEP 27 2012 ROBIN POTTER & ASSOCIATES**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2012-02028 | Eric Lamb, Investigator | (312) 869-8092 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    9-25-12
John P. Rowe,          (Date Mailed)
**District Director**

Enclosures(s)

cc:    **CITY OF CHICAGO**
       **BOARD OF EDUCATION**

Case: 1:12-cv-10338 Document #: 5-1 Filed: 12/27/12 Page 2 of 8 PageID #:39

| CHARGE OF DISCRIMINATION  This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☒ EEOC | CHARGE NUMBER<br>440-2012-02028 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Chicago Teachers Union | HOME TELEPHONE (Include Area Code)<br>312-329-6200 | |
|---|---|---|
| STREET ADDRESS<br>222 Merchandise Mart Plaza | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60654 | DATE OF BIRTH<br>N/A |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Chicago Board of Education | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE (Include Area Code)<br>(773) 553-1000 |
|---|---|---|
| STREET ADDRESS<br>125 S. Clark Street, Chicago, Illinois 60603 | CITY, STATE AND ZIP CODE | COUNTY<br>Cook County |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL)
June, 2011
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

The Chicago Board of Education instituted a layoff policy in June of 2011, and continuing through the present which disproportionately affects African American teachers and has no reasonable business justification. Each of these teachers is a member of the Chicago Teachers Union. The data collected by the Union shows that the Board's policy had a systemic, class-wide, disparate impact on African American teachers. The Board's policy is a violation of the protections guaranteed by Title VII of the Civil Rights Act of 1964 and should be prosecuted by the E.E.O.C. See attached Charges and Position Statement.

RECEIVED EEOC
FEB 0 8 2012
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 02/08/12  Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)
08/02/2012

EEOC FORM 5 (10/94)

Case: 1:12-cv-10338 Document #: 5-1 Filed: 12/27/12 Page 3 of 8 PageID #:40

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Lillian M. Edmonds<br>c/o Robin Potter, Esq.<br>ROBIN POTTER & ASSOCIATES, P.C.<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 | From: | Chicago District Office<br>500 West Madison<br>Suite 2000<br>Chicago, IL 60661 |

RECEIVED SEP 27 2012 ROBIN POTTER & ASSOCIATES, P.C.

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2012-02030 | Eric Lamb, Investigator | (312) 869-8092 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ John P. Rowe    9-25-12

Enclosures(s)

John P. Rowe,
District Director    (Date Mailed)

cc: **CITY OF CHICAGO
BOARD OF EDUCATION**

02/01/2012  09:00   8157304           DHS DRS                                   PAGE 02/04

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2012-02030 |

| Illinois Department of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

**NAME** (Indicate Mr., Mrs., Ms.) Lillian M. Edmonds
**HOME TELEPHONE** (Include Area Code) (708) 799-6952
**STREET ADDRESS** 4310 W. 187th St
**CITY, STATE AND ZIP CODE** Country Club Hills, IL. 60478
**DATE OF BIRTH** 2-8-1949

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME** Chicago Board of Education
**NUMBER OF EMPLOYEES, MEMBERS** 500+
**TELEPHONE** (Include Area Code) (773) 553-1000
**STREET ADDRESS** 125 S. Clark Street, Chicago, Illinois 60603
**COUNTY** Cook County

**NAME** Lillian M. Edmonds
**TELEPHONE NUMBER** (Include Area Code) (708) 799-6952
**STREET ADDRESS** 4310 W. 187th St
**CITY, STATE AND ZIP CODE** Country Club Hills, IL. 60478
**COUNTY** Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☒ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL)**
June, 2011
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):
Please see attached.

In Dec of 2010, I got a knee replacement for the right knee. I returned to work in April of 2011. Then I was told I would be moved to the 3rd floor to teach 5th grade beginning fall of 2011. On June 27, 2011 I recieved a call from the principal stating that my position had been eliminated, and if anything comes up she would call me on Thursday, June 30, 2011 which I never recieved the call. I found out another teacher was put in the 1st floor 1st grade class. Also, I was the most seasoned teacher in age there.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Lillian M. Edmonds
Date Feb. 1, 2012   Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.   FEB 08 2012

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (10/94)

Case: 1:12-cv-10338 Document #: 5-1 Filed: 12/27/12 Page 5 of 8 PageID #:42

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Terri Fells<br>c/o Robin Potter, Esq.<br>ROBIN POTTER & ASSOCIATES, P.C.<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

RECEIVED SEP 2 7 2012 ROBIN POTTER & ASSOCIATES, P.C.

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2012-02029 | Eric Lamb, Investigator | (312) 869-8092 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe, District Director     9-25-12 (Date Mailed)

Enclosures(s)

cc: **CITY OF CHICAGO BOARD OF EDUCATION**

Case: 1:12-cv-10338 Document #: 5-1 Filed: 12/27/12 Page 6 of 8 PageID #:43
01.01.2009   12:00 AM                                                                PAGE.  2/ 4

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [ ] FEPA [X] EEOC | 440-2012-02029 |

Illinois Department of Human Rights                     and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Mrs. Terri Fells | HOME TELEPHONE (Include Area Code) 773-821-6206 |
|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE  10616 S. Parnell Ave., Chicago, Illinois 60628 | DATE OF BIRTH 12-06-53 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME Chicago Board of Education | NUMBER OF EMPLOYEES, MEMBERS 500+ | TELEPHONE (Include Area Code) (773) 553-1000 |
|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE 125 S. Clark Street, Chicago, Illinois 60603 | | COUNTY Cook County |
| NAME | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[X] RACE   [X] COLOR   [ ] SEX   [ ] RELIGION   [ ] AGE
[ ] RETALIATION   [ ] NATIONAL   [ ] DISABILITY   [ ] OTHER

DATE DISCRIMINATION TOOK PLACE EARLIEST
June, 2011
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

FEB 0 8 2012

Please see attached Affidavit.

On June 30, 2011, I, Terri Fells, was laid-off from the Chicago Board of Education after 28 years of employment. I was called at home by the principal of the school and read a letter stating that my position would no longer be available effective immediately due to Reallocation of Funds. I was told that the letter that she read would be mailed to me at a later date.

With 30 years total teaching experience, a M.S. degree in Curriculum and Instruction/ Early Childhood Education and an endorsement in French, I believe that there are certainly indications that discrimination was apparent. There were many teachers with many less credentials than myself in the school and/or in the system as a whole that should have been chosen to be laid-off.

This unjust lay-off has been the source of much distress for my family. We are at-risk of losing our home and are now trying to obtain means of retaining it. The unavailability of funds has resulted in dire distress and the necessity to procure loans to meet each month's expenses for our family of four.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary for State and Local Requirements) I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 2/7/12        *Terri Fells* Date         Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (10/94)

Case: 1:12-cv-10338 Document #: 5-1 Filed: 12/27/12 Page 7 of 8 PageID #:44

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Hamilton Perry, Josephine<br>c/o Robin Potter, Esq.<br>ROBIN POTTER & ASSOCIATES, P.C.<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

RECEIVED SEP 27 2012 ROBIN POTTER & ASSOCIATES, P.C.

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2012-02032 | Eric Lamb,<br>Investigator | (312) 869-8092 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

John P. Rowe,
District Director

9-25-12
*(Date Mailed)*

cc:    **CITY OF CHICAGO**
        **BOARD OF EDUCATION**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA <br> ☒ EEOC | 440-2012-02032 |

Illinois Department of Human Rights — and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Mrs. Josephine Hamilton Perry
**HOME TELEPHONE** (Include Area Code): 773 874 2090

**STREET ADDRESS / CITY, STATE AND ZIP CODE:** 8211 South St. Lawrence Chicago, Illinois 60619
**DATE OF BIRTH:** 02/20/1947

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME:** Chicago Board of Education
**NUMBER OF EMPLOYEES, MEMBERS:** 500+
**TELEPHONE** (Include Area Code): (773) 553-1000

**STREET ADDRESS / CITY, STATE AND ZIP CODE:** 125 S. Clark Street, Chicago, Illinois 60603
**COUNTY:** Cook County

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ AGE (65)
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)  LATEST (ALL)
June, 2011
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

Please see attached Affidavit.

FEB 0 8 2012

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*Josephine H. Perry*
Date: 02/06/12
Charging Party (Signature) Josephine H. Perry

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (10/94)